Jesse Hindman
Cal Bar No. 222935
**HINDMAN APC**
402 W. Broadway, Suite 2700
San Diego, CA 92101
Telephone: (619) 255-4078
Facsimile: (619) 230-1839
jesse@hindmanapc.com

Charles B. Walker
Texas Bar No. 00794808
Admitted *pro hac vice*
William D. Sprott
Texas Bar No. 24093192
Admitted *pro hac vice*
**Norton Rose Fulbright US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
charles.walker@nortonrosefulbright.com
will.sprott@nortonrosefulbright.com

Attorneys for Plaintiff Omnitracs LLC

Neil L. Arney
Cal. Bar No.125682
**KUTAK ROCK LLP**
1801 California Street, Suite 3000
Denver, CO 80202-2626
Telephone: (303) 297-2400
Facsimile: (303) 292-7799
neil.arney@kutakrock.com

Keith R. Gillette
Cal. Bar No. 191082
Jessica S. Pliner
Cal. Bar No. 261976
Adrian T. Lambie
Cal. Bar No. 268247
**ARCHER NORRIS, APLC**
2033 North Main Street, Ste. 800
Walnut Creek, CA 94596
kgillette@archernorris.com
jpliner@archernorris.com
alambie@archernorris.com

Attorneys for Defendant Blue Dot Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

OMNITRACS, LLC,

Plaintiff,

v.

BLUE DOT SOLUTIONS, INC.,

Defendant.

Civil Action No. : 3:17-cv-01239-L-KSC

**JOINT MOTION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY COMPLETION DEADLINES**

Plaintiff Omnitracs, LLC ("Omnitracs") and Defendant Blue Dot Solutions, Inc. ("Blue Dot") hereby jointly move the Court to enter an order continuing the case expert disclosure deadlines and expert discovery deadline set forth in Docket No. 37. This motion is being made to accommodate the production of key source code from third-party Cisco scheduled for June 25th and to allow adequate time to review and incorporate that source code into expert reports. The current expert disclosure and rebuttal expert disclosure deadlines are June 27, 2018 and July 11, 2018, respectively, and the current fact and expert discovery completion deadline is July18, 2018. (Dkt. No. 37.) The parties jointly request that the expert deadlines be continued 6 days. Specifically, the parties request that the expert disclosure deadline be continued to July 3, 2018, the rebuttal expert disclosure deadline be continued to July 17, 2018 and the expert discovery completion deadline be continued to July 24, 2018. There have been two previous requests for a continuance of the expert disclosure and fact discovery deadlines and one previous request for a continuance of the expert discovery deadline. (See Dkt. Nos. 27, 34 and 36.)

Good cause supports the parties' joint request. The current request is being made so that key source code from third-party Cisco can be produced and used for purposes of expert discovery in this case. As the Court has been previously informed, on May 23, 2018 Omnitracs learned that information which is central to the issues in the case is in the possession of third-party Cisco. Omnitracs has relied on a previously served subpoena to Cisco (which was served on May 14, 2018) to obtain the code. Cisco required additional time to gather and make the source code available with requested inspection tools. The parties have now been informed that Cisco's production will not occur until June 25, 2018—just two days before the current deadline for opening expert reports in this case. So that the materials provided in response to the Cisco subpoena the can be used for purposes of expert discovery, the parties jointly request an extension of the expert disclosure deadlines

and a corresponding extension of the expert discovery completion deadline.

This motion is being made jointly by the parties and is therefore unopposed. Finally, the requested continuance will affect no other case management dates or deadlines set forth in the Scheduling Order.

Accordingly, the parties hereby jointly request the Court enter an order continuing the deadlines for expert disclosures and discovery as follows:

| **Event** | **Scheduled Deadline** | **Proposed Deadline** |
|---|---|---|
| Expert disclosures under Rule 26(a)(2)(B) and Rule(a)(2)(C) | June 27, 2018 | July 3, 2018 |
| Rebuttal expert disclosures under Rule 27(a)(2)(D) | July 11, 2018 | July 17, 2018 |
| Expert discovery completion | July 18, 2018 | July 24, 2018 |

Respectfully submitted,

**HINDMAN APC**

Dated: June 22, 2018

By: s/ Jesse Hindman
Attorney for Plaintiff
Email: jesse@hindmanapc.com

**ARCHER NORRIS APLC**

By: s/ Jessica Pliner
Attorney for Defendant
Email: jpliner@archernorris.com

## ATTORNEY ATTESTATION

I, Jesse Hindman, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing

Dated: June 22, 2018

By: s/ Jesse Hindman
Attorney for Plaintiff
Email: jesse@hindmanapc.com